PROB 12B
(7/93)

# United States District Court

## for the

## Eastern District of Washington

Report Date: February 15, 2006

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 21 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jason Todd Edrys                   Case Number: 2:03CR00257-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea

Date of Original Sentence: 12/16/2004               Type of Supervision:   Supervised Release

Original Offense: Conspiracy to Possess With Intent   Date Supervision Commenced: 06/10/2005
to Distribute Marijuana.

Original Sentence: Prison - 5 months; TSR - 36       Date Supervision Expires: 06/09/2008
months

### PETITIONING THE COURT

20    The offender shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed six test per month, as directed by the probation officer, pursuant to 18 U.S.C. 3583(d).

### CAUSE

On February 9, 2006, this office received a request from the Central District of California U.S. Probation Office in Ventura, California, for a modification of Mr. Edrys's conditions of supervision. You will find attached a copy of the letter from U.S. Probation Officer (USPO), Brandon Schneider.

This request is made in part because of the United States v. Stephens decision in the Ninth Circuit Court of Appeals. Additionally, the officer makes a valid point that the offender's history warrants continued monitoring for return to illicit drug usage in order to provided treatment intervention if warranted, and reduce any potential risk to the community.

Mr. Edrys agreed to the proposed modification and signed the Waiver of Hearing to Modify Conditions on February 1, 2006. He understands the rationale behind this modification.

                                                    Respectfully submitted,

                                              by    /s/ Brenda J. Kuest
                                                    Brenda J. Kuest
                                                    U.S. Probation Officer
                                                    Date: February 15, 2006

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

2/31/06

Date